SUPERIOR CREDIT CORPORATION, Respondent, v. TIMES SQUARE FINANCIAL CLUB, INC., and Others, Defendants, Impleaded with CHRISTIAN W. KORELL and Others, Appellants.— Judgment and order reversed, with costs, and motion denied, with ten dollars costs, on the ground that a question of fact is presented. That there may be a speedy trial, a preference is granted. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MAX BANDLER, Appellant, v. THE GARVER FURNITURE COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

BERNHARD ULMANN COMPANY, INC., Appellant, v. CENTRAL UNION TRUST COMPANY OF NEW YORK and Others, Respondents.*— Judgment affirmed, with costs, on the authority of Hartford v. Greenwich Bank (157 App. Div. 448; affd., 215 N. Y. 726). Present — McAvoy, Merrell, Martin and Sherman, JJ.; Sherman, J., dissents.

In the Matter of the Arbitration between GENERAL FOOTWEAR CORPORATION, Respondent, and A. C. LAWRENCE LEATHER COMPANY, Appellant.— Judgment and orders modified by deducting from the award the amount allowed as counsel fee and stenographer's fees, and as so modified affirmed, with costs to the appellant. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Martin and Sherman, JJ.; Martin, J., dissents and votes for affirmance.

GEORGE GOLDSMITH, Appellant, v. NEELAR REALTY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of BEN CORN, Respondent, for the Confirmation of an Award in the Matter of the Arbitration of, etc., Differences between BEN CORN and KOFSKY BROS., INC., a New York Corporation, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JULIA GOLDBERG, Appellant, v. SAMUEL S. KORN and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ILA H. SAMPLE and Others, Respondents, v. J. WARREN STOKES, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

PEARL REITER v. GRAND CENTRAL PACKARD RENTING CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed on or before April 30, 1931, with notice of argument for May 26, 1931, and the appeal to be argued or submitted on said date. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ANNA RATTI v. STEPHAN MESKO and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THEODORE FLAUM and Another v. WALTER ARONSTEIN and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record and appellants' points to be filed so that appeal can be argued or submitted on May 14, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.